UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DERICK JOHNSON, on behalf of himself and all others similarly situated, | CASE NO.:   1:17-cv-00329 |
| Plaintiff, | JUDGE PATRICIA A. GAUGHAN |
| vs. | **ORDER OF DISMISSAL AND APPROVING SETTLEMENT** |
| COSMAX USA, CORPORATION, | |
| Defendant. | |

THIS CAUSE having come before the court on the Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice as to Plaintiff's Complaint, such stipulation including the Parties' Joint Stipulation of Settlement and Release and General Settlement and Release Agreement ("Settlement"), and due cause appearing therefore, it is hereby:

ORDERED AND ADJUDGED as follows:

1. The Court hereby accepts and approves the proposed Settlement and holds that the proposed settlement submitted by the Parties is a fair and reasonable Settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act;

2. The Court orders that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement;

3. The above case is hereby DISMISSED WITH PREJUDICE; each party to bear their own attorneys' fees and costs except as otherwise provide by the Settlement.  All pending deadlines

are stricken as moot. The Court shall retain jurisdiction to enforce the Parties' Settlement.

ORDERED this  26th  day of  October               , 2017.

                                        /s/ Patricia A. Gaughan
                                        JUDGE PATRICIA A. GAUGHAN